IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRIANNA SHONTAE WILLIAMS,

     Appellant,

v.

Case No. 5D23-328
LT Case No. 16-2019-CF-011711-AXXX

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed April 4, 2023

Appeal from the Circuit Court
for Duval County,
Kevin A. Blazs, Judge.

Matthew J. Metz, Public Defender,
and Jane C. Almy, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
and Zachary Lawton, Assistant
Attorney General, Tallahassee, for
Appellee.


PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., MAKAR and EISNAUGLE, JJ., concur.